UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

Eastern District of Kentucky
FILED
NOV 18 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                INDICTMENT NO. 3:21-CR-22-GFVT

REINALDO PACHECO

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 922(g)(1)

On or about July 1, 2020, in Franklin County, in the Eastern District of Kentucky,

**REINALDO PACHECO,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, a SCCY, Model CPX-1, Cal: 9mm, pistol, SN: 917518, that was in and affecting interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

### COUNT 2
### 18 U.S.C. § 922(g)(1)

On or about August 10, 2020, in Franklin County, in the Eastern District of Kentucky,

**REINALDO PACHECO,**

knowing he had previously been convicted of a crime punishable by imprisonment for a

term exceeding one year, did knowingly possess a firearm, to wit, a Diamondback, Model DB9, Cal: 9mm, pistol, SN: YA0134, that was in and affecting interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL

FOREPERSON

_____
CARLTON S. SHIER, IV
ACTING UNITED STATES ATTORNEY

## PENALTIES

**COUNTS 1-2:** Not more than 10 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.