UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

Eastern District of Kentucky
F I L E D
NOV 18 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 3:21-CR-22-GFVT

UNITED STATES OF AMERICA                                     PLAINTIFF

V.                    **NOTICE BY UNITED STATES
                      REGARDING RELATED PROSECUTIONS**

**REINALDO PACHECO**                                         DEFENDANT

\* \* \* \* \*

This criminal action is related to *United States v. Cristina Leanna Colon*, Frankfort Criminal Action No. 21-CR-00019, which is assigned to District Judge Gregory F. Van Tatenhove.

Respectfully submitted,

CARLTON S. SHIER, IV
ACTING UNITED STATES ATTORNEY

By:  _____
     Francisco J. Villalobos II
     Assistant United States Attorney
     260 W. Vine Street, Suite 300
     Lexington, Kentucky 40507-1612
     (859) 685-4896
     Francisco.Villalobos@usdoj.gov